UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-652 JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAMMY RICH,<br>a/k/a TAMMY JASURA,<br>Defendant,<br>WELLS FARGO BANK,<br>Garnishee. | ) | **GARNISHMENT ORDER** |

On March 14, 2002, a Writ of Garnishment was issued by this Court.

The United States now requests that the Writ be released. Accordingly, IT IS ORDERED that the Writ of Garnishment issued on March 14, 2002 is hereby released.

Dated: August 29, 2002

Raymond L. Erickson
Raymond L. Erickson
U.S. Magistrate Judge

FILED AUG 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK